IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROY L. HALL, an individual ) | |
| ) | |
| Plaintiff, ) | Case No. CV-03-386-S-BLW |
| ) | |
| v. ) | **MEMORANDUM DECISION** |
| ) | **AND ORDER** |
| GLENN'S FERRY GRAZING ) | |
| ASSOC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM DECISION**

The Court has before it defendant GFGA's motion for clarification. In the original complaint, plaintiff Hall sought to dissolve defendant Glenns Ferry Grazing Association (GFGA). GFGA responded by filing its election under Idaho Code § 30-1-1434 to purchase Hall's shares at "fair value."

The Court later granted a motion by GFGA to stay the dissolution and proceed to determine the fair value of Hall's shares. The Court also allowed Hall to file an amended complaint to add additional claims. Hall did so, and the amended complaint contains a reassertion of the dissolution claim.

GFGA now seeks to clarify whether the reassertion of the dissolution claim

**Memorandum Decision and Order – Page 1**

supersede's GFGA's election requiring GFGA to file a new election. Both sides agree that GFGA does not need to file a new election and that its earlier-filed election remains fully effective. The Court agrees and will so order.

GFGA also seeks to clarify whether it must file an answer to the amended complaint. Hall points out that it is entitled to an answer that provides notice of GFGA's defenses in law or in fact, while at the same time does not waive or undermine in any way the election filed previously. The Court agrees, and finds that GFGA must file an answer, but that the filing of the answer will not prejudice in any way the earlier-filed election.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for clarification/declaratory order regarding the amended complaint (Docket No. 114) is GRANTED IN PART AND DENIED IN PART. It is granted to the extent it seeks a declaration (1) that GFGA does not need to file a new election and that its original election remains fully effective, and (2) that GFGA must file an answer to the amended complaint within 20 days from the date of this decision, and that GFGA's answer will not in prejudice in any way GFGA's earlier-filed election.

The motion is denied in all other respects.



DATED:  **June 19, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Memorandum Decision and Order – Page 3**